# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA et al., ex rel. Ann Marie Williams, <br><br> Plaintiffs, <br><br> v. <br><br> RECKITT BENCKISER, INC., et al., <br><br> Defendants. | Civil Action No. 1:13-CV-00036 <br><br> **FILED IN CAMERA AND UNDER SEAL** |

## THE UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action. The United States intends to file a complaint-in-intervention within 90 days containing the allegations that the United States will pursue.

The United States reserves the right to seek the dismissal of the relator's action or claims on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

The United States requests that the relator's Second Amended Complaint, this Notice, and the attached proposed order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

DANIEL P. BUBAR
Attorney for the United States
Acting Under Authority Conferred
by 28 U.S.C. § 515

*Sara Bugbee Winn*
Sara Bugbee Winn
Virginia State Bar #35924
Assistant United States Attorney
Post Office Box 1709
Roanoke, VA 24011
Tel: 540-857-2254
Email: sara.winn@usdoj.gov

Michael Granston
Jamie Yavelberg
Edward C. Crooke
Attorneys, Civil Division
United States Department of Justice
Commercial Litigation Branch
601 D Street NW
Washington, DC 20004

Dated: August 1, 2018