IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA et al., )
ex rel. Ann Marie Williams, )
          Plaintiffs, )
v. ) Civil Action No. 1:13-CV-00036
RECKITT BENCKISER, INC., et al., )
          Defendants. )

## ORDER

The United States having intervened in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. This action, and the relator's Second Amended Complaint, the United States' Notice of Election to Partially Intervene, and this Order be unsealed;

2. The United States shall serve its Complaint upon defendants, together with this Order, within 90 days; and

3. All other papers and orders previously filed in this matter shall remain under seal.

This 2d day of August, 2018.

_____
United States District Judge