CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JAN 3 0 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br> *ex rel.* LEMONS, WILLIAMS, and FINKELSTIEN <br><br> Plaintiffs, <br><br> v. <br><br> RECKITT BENCKISER, INC., et al., <br><br> Defendants. | Civil Action No. 1:13-CV-00036 <br> 1:14-CV-00059 <br> 1:15-CV-00016 <br><br> ~~FILED IN CAMERA~~ pm 5 1/29/19 <br> ~~AND UNDER SEAL~~ |

## ORDER

Upon consideration of the parties' Motion to Stay, it is hereby

**ORDERED** that all proceedings in the consolidated actions shall be stayed through and including March 1, 2019; and

**FURTHER ORDERED** that the United States shall file its complaint on March 1, 2019; and the individual plaintiff states shall file their complaints-in-intervention on March 30, 2019; and

**FURTHER ORDERED** that the United States, the individual states, and the relators shall have until April 29, 2019, in which to serve Defendants with their respective complaints.

**IT IS SO ORDERED,**

This 29th day of January, 2019

/s/ Pamela Meade Sargent
United States ~~District~~ Magistrate Judge