# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, *ex rel.* WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> RECKITT BENCKISER, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:13-CV-00036 |
| UNITED STATES OF AMERICA *et al.*, *ex rel.* FINKELSTIEN, <br><br> Plaintiffs, <br><br> v. <br><br> RECKITT BENCKISER PHARM. INC., *et al.* <br><br> Defendants. | Civil Action No. 1:14-CV-00059 |
| UNITED STATES OF AMERICA *et al.*, *ex rel.* LEMONS, <br><br> Plaintiffs, <br><br> v. <br><br> RECKITT BENCKISER GROUP PLC, *et al.*, <br><br> Defendants. | Civil Action No. 1:15-CV-00016 |

## ORDER

Upon consideration of the parties' oral Motion to Extend Stay at the status conference on February 28, 2019, it is hereby **ORDERED** that all proceedings in the consolidated actions

shall be stayed through and including April 12, 2019; and **FURTHER ORDERED** that the United States shall file its complaint on April 12, 2019; and the individual plaintiff states shall file their complaints-in-intervention on May 13, 2019; and **FURTHER ORDERED** that the United States, the individual states, and the relators shall have until June 12, 2019, in which to serve Defendants with their respective complaints.

**IT IS SO ORDERED,**

ENTERED: March 1, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE